1

2

3

4                                                               "O"

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,        )    Case No. SACR 03-259 CJC
                                       )
12              Plaintiff,             )    ORDER OF DETENTION
                                       )
13        v.                           )    [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C.
                                       )    §3143(a)]
14   Jose Juan Sandoval,               )
                                       )
15              Defendant.             )

16   ───────────────────────────────

17        The defendant having been arrested in this judicial district pursuant to a warrant

18   issued by the Honorable Cormac J. Carney, United States District Judge, for an alleged

19   violation of the terms and conditions of the defendant's supervised release; and

20        The Court having conducted a detention hearing pursuant to Federal Rule of Criminal

21   Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),        The Court finds that:

22   A.   (X)   The defendant has not met his burden of establishing by clear and convincing

23              evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or

24              (c).  This finding is based on the nature of the charged offense, the defendant's

25              lack of bail resources, lack of a stable residence, and the nature of the charge

26              offense, which indicates the defendant is unlikely to comply with conditions

27              of release; and

28

B.     ( )     The defendant has not met his/her burden of establishing by clear and convincing evidence that s/he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the nature of the charged offense and defendant's criminal history.

        IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated:     January 15, 2008

                                         / s /     ARTHUR NAKAZATO
                                         _____
                                         ARTHUR NAKAZATO
                                         UNITES STATES MAGISTRATE JUDGE